IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 707 |
| | : | |
| APPOINTMENT TO COURT OF | : | SUPREME COURT RULES DOCKET |
| | : | |
| JUDICIAL DISCIPLINE | : | |

## **O R D E R**

PER CURIAM

AND NOW, this 20th day of September, 2016, the Honorable Jeffrey P. Minehart, Philadelphia, is hereby appointed as a member of the Court of Judicial Discipline for a term of four years.